# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE F. SOTELO, | ) |
|     Plaintiff, | ) |
|     v. | )    3:12-cv-31-RCJ-VPC |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al., | )    **ORDER** |
|     Defendants. | ) |

On January 17, 2012, Plaintiff Jose Sotelo filed a complaint in this Court against Federal National Mortgage Association (aka Fannie Mae), Bank of America, and ReconTrust Company (collectively "Defendants"). (Compl. (#1) at 1). The complaint contains six causes of action related to the foreclosure of Plaintiff's home. (*Id.* at 41-55).

Defendants filed a Motion to Dismiss (#8) pursuant to Fed. R. Civ. P. 12(b)(6) on March 1, 2012. (Mot. to Dismiss (#8)). Plaintiff failed to respond to Defendants' Motion to Dismiss.

Under Nevada Local Rule 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." The "[f]ailure to follow a district court's local rules is a proper ground for dismissal." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995).

Plaintiff here failed to file a response to Defendants' Motion to Dismiss. Under Nevada Local Rule 7-2(d), Plaintiff is therefore deemed to consent to the granting of the Motion to Dismiss. Accordingly, the Court dismisses the complaint against all Defendants with prejudice.

1   For the foregoing reasons, IT IS ORDERED that Defendants' Motion to Dismiss (#8)
2   is GRANTED and that the complaint is hereby dismissed with prejudice.

4   DATED: This 23rd day of August, 2012.

_____
United States District Judge