**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE F. SOTELO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL NATIONAL MORTGAGE ) <br> ASSOCIATION, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | 3:12-cv-31-RCJ-VPC <br><br> **ORDER** |

On January 17, 2012, Plaintiff Jose Sotelo filed a complaint in this Court against Federal National Mortgage Association (aka Fannie Mae), Bank of America, and ReconTrust Company (collectively "Defendants"). (Compl. (#1) at 1). The complaint contains six causes of action related to the foreclosure of Plaintiff's home. (*Id.* at 41-55).

Defendants filed a Motion to Dismiss (#8) pursuant to Fed. R. Civ. P. 12(b)(6) on March 1, 2012. (Mot. to Dismiss (#8)). Plaintiff failed to respond to Defendants' Motion to Dismiss.

Under Nevada Local Rule 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." The "[f]ailure to follow a district court's local rules is a proper ground for dismissal." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995).

Plaintiff here failed to file a response to Defendants' Motion to Dismiss. Under Nevada Local Rule 7-2(d), Plaintiff is therefore deemed to consent to the granting of the Motion to Dismiss. Accordingly, the Court dismisses the complaint against all Defendants with prejudice.

For the foregoing reasons, IT IS ORDERED that Defendants' Motion to Dismiss (#8) is GRANTED and that the complaint is hereby dismissed with prejudice.

DATED: This 23rd day of August, 2012.

_____
United States District Judge